GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
EUDEEN Y. CHANG (SBN 211721)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

Attorneys for Defendant
HOME DEPOT USA, INC.

FILED
08 JUN 20 PM 4:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ESCOBEDO,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC., a California Corporation, and DOES 1-10, Inclusive,<br><br>　　　　　　　　　Defendants. | Case No. '08 CV 1099 JM AJB<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**<br><br>L.R. 40.2 |

---

Defendant's Certificate of Interested Parties
OC286,271,996v1 072031.012900

Case No._____

The undersigned, counsel of record for Home Depot U.S.A., Inc. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Sandra Escobedo (Plaintiff);

2. Home Depot U.S.A., Inc. (Defendant)

Dated: June 19, 2008

GREENBERG TRAURIG, LLP

By _____
GREGORY F. HURLEY
EUDEEN Y. CHANG
Attorneys for Defendants
HOME DEPOT USA, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 650, Irvine, CA 92612.**

On the date below, I served the **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Raymond M. Contreras, Esq.
The Law Offices of Raymond M. Contreras
721 Third Avenue
Chula Vista, CA 91910
Tel: 619-425-9500
Fax: 619-425-3602

☒ **(BY MAIL)**

☐ I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid.

☐ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Irvine, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Irvine, California.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 20, 2008, at Irvine, California.

_____
Signature
Stacey Sautter

---
2
PROOF OF SERVICE

OC286,271,996v1 072031.012900