cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDRA ESCOBEDO, | ) | Civil No.08cv1099 JM (AJB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING EARLY |
| | ) | NEUTRAL EVALUATION |
| HOME DEPOT USA, INC., a California | ) | CONFERENCE |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 19, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action.   Appearing were Raymond Contreras, Esq., Sandra Escobedo and Catari Monsanto, court interpreter on behalf of plaintiff; Greg Hurley, Esq. and Victoria Hampson, client representative on behalf of defendant.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed.  R. Civ. P. 26 and based thereon, issues the following orders:

1.    The Rule 26(f) conference shall be completed before *September 19, 2008*;

2.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *October 3, 2008*;

3.    A joint discovery plan shall be lodged with Judge Battaglia on or before *October 3, 2008;* and,

08cv1099

4.      Counsel are ordered to appear **by phone on October 8, 2008** at **9:00 a.m.** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).  Counsel for plaintiff shall initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED:  August 21, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

08cv1099