# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ESCOBEDO,<br><br>                                    Plaintiff,<br>   vs.<br><br>HOME DEPOT USA, INC., a California corporation, and DOES 1-10, inclusive,<br><br>                                    Defendants. | CASE NO. 08 CV 1099 JM (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR RULE 41 DISMISSAL**<br><br>Doc. No. 16 |

On April 18, 2008, Plaintiff Sandra Escobedo initiated this action in the Superior Court of California for the County of San Diego, alleging various civil rights violations. (Doc. No. 1, Exh. A.) The action was removed to this court by Defendant Home Depot on June 20, 2008. (Doc. No. 1.)

Pending before this court is the parties' joint motion for dismissal with prejudice under Fed.R.Civ.P. 41. For good cause showing, the court **GRANTS** the joint motion and **DISMISSES** the Complaint with prejudice. (Doc. No. 16.) The Clerk of Court is instructed to close the case file.

**IT IS SO ORDERED.**

DATED: January 29, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge